IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY PERRONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPMC d/b/a THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Civil Action No. 2:19-cv-00875-MJH |

**STIPULATION DISMISSING ACTION WITH PREJUDICE**

Plaintiff Mary Perrone and Defendant UPMC Mercy Hospital, erroneously named herein as University of Pittsburgh Medical Center, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the action referenced above shall be dismissed with prejudice as against all Parties. The Parties shall bear their own attorneys' fees and costs. The Parties request that the Court "so order."

Respectfully submitted,

/s/ *R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
Bryan A. Fox
bfox@carlsonlynch.com
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

*Counsel for Plaintiff Mary G. Perrone*

/s/ *James S. Urban*
James S. Urban
jsurban@jonesday.com
Robert A. Naeve
rnaeve@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959

*Counsel for Defendant UPMC*

SO ORDERED this ___14th___ day of April 2020

*[signature]*
**Hon. Marilyn J. Horan**
**United States District Court Judge**